**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:21-cv-00150-RLY-MPB |
| | ) | |
| v. | ) | |
| | ) | |
| STARTEL COMMUNICATION LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR ENTRY OF CONSENT DECREE AND DISMISSAL**

Plaintiff, Indiana Attorney General *ex rel.* Todd Rokita, as *parens patriae* for the residents of the State of Indiana ("the State"), through undersigned counsel, stipulates as follows:

1. On October 14, 2021, Plaintiff filed a Complaint for a permanent injunction and other relief under 15 U.S.C. § 6103 and various Indiana state laws against Defendant. *See* Compl. ECF No. 1.

2. Without admitting liability, Defendant, Piratel, LLC, wishes to resolve this matter, and Defendant, Piratel, LLC, has consented to the entry of this decree in the above-captioned case and entry of the Consent Decree, attached as Exhibit A.

3. Entry of this Consent Decree will resolve this action for Piratel LLC, and neither precludes Plaintiff from pursuing any other current or future matters or proceedings, nor precludes defendants from contesting liability in any matter or proceeding.

4. The Consent Decree will be entered and will constitute the final judgment in this matter for Piratel LLC.

5. This Court should retain jurisdiction over this matter for the purpose of implementing and enforcing the Consent Decree, issuing such orders as may be necessary to

interpret or enforce the provisions in the Consent Decree, and/or granting any additional relief that may be necessary and appropriate.

**IT IS HEREBY ORDERED** that the Consent Judgment and Order, attached as Exhibit A, be **APPROVED**.

**IT IS FURTHER ORDERED** that Piratel LLC is dismissed from this case with prejudice. Pursuant to the Consent Decree, the Court will retain jurisdiction for the purpose of enforcing and modifying the Consent Decree, issuing such orders as may be necessary to interpret or enforce the provisions in the Consent Decree, and/or granting any additional relief that may be necessary and appropriate.

**IT IS SO ORDERED.**

DATE: _____

_____
JUDGE

APPROVED AS TO FORM AND CONTENT:

The Office of the Indiana Attorney General

/s/ Joseph D. Yeoman
Joseph D. Yeoman
Deputy Attorney General
Atty. No. 35668-29
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 234-1912
Fax:  (317) 232-7979
Email: Joseph.Yeoman@atg.in.gov

*Counsel for Plaintiff*


Date:___3/30/2022_____

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2022, I electronically filed the foregoing document with the Clerk using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record. I hereby certify that, on March 30, 2022, I served the below parties via US Mail:

Startel Communications, Inc.
c/o Registered Agent Wanda M. Hall
1150 S Bedford Ave.
Evansville, In 47713

Abhiji Chowdhury
c/o StarTel Communications, Inc.
5625 German Church Rd. #3219
Indianapolis, IN 46325

Wanda Hall
1113 Grand Ave.
Evansville, IN 47713

Piratel, LLC
c/o Registered Agent Karl Douthit
2126 Petaluma Avenue
Long Beach, CA 90815

    /s/ Joseph D. Yeoman
    JOSEPH D. YEOMAN